IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ronald S. Miller, | ) | Case No. 18-22605-CMB |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| PNC Bank, N.A., | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Ronald S. Miller, | ) | |
| | ) | |
| Respondent | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under the penalty of perjury, that on September 13, 2018, I served a true and correct copy of the Omnibus Declaration of Plan Sufficiency for Mortgage Payment Changes by First Class Mail, U.S.P.S. on the following parties at the following addresses:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

PNC Bank
300 Fifth Avenue
Pittsburgh, PA 15222

Date: September 13, 2018

/s/ Lauren Lamb
Lauren Lamb, Esquire
Attorney for the Debtor
STEIDL AND STEINBERG, P.C.
707 Grant Street, Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. No. 209201
llamb@steidl-steinberg.com