# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** RONALD S. MILLER
**Case Number:** 18-22605-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 10, 2019 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
1/23/19 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#17 - Continued Confirmation of Plan Dated 7/16/2018 (N)
R / M #:  17 / 0

### Appearances:

Debtor: K Steidl
Trustee: Winnecour / Pail / Katz / ~~DeSimone~~

Creditor:

PLEASE SUBMIT CONFIRMATION ORDER

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

341 meeting is closed.

1/4/2019    3:57:16PM