Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronald S. Miller**
   Debtor(s)

Bankruptcy Case No.: 18−22605−CMB
Related to Dkt. No. 59
Chapter: 13
Docket No.: 60 − 59
Concil. Conf.: January 16, 2020 at 11:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **November 4, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **November 18, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **January 16, 2020** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 19, 2019

    Carlota M. Bohm
    United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                   Case No. 18-22605-CMB
Ronald S. Miller                                                         Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                  Page 1 of 2                  Date Rcvd: Sep 19, 2019
                               Form ID: 410                Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db             +Ronald S. Miller,    1016 Phillips Street,    Baden, PA 15005-1020
cr             +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14872194        Amazon,    c/o Chase Bank,    PO Box 15148,    Wilmington, DE 19886-5148
14890582       +Beaver County Tax Claim Bureau,    810 Third Street,    Beaver, PA 15009-2139
14881485       +Beaver County Tax Claim Bureau,    c/o Connie Javens, Treasurer,   P. O. Box 250,
                 Beaver, PA 15009-0250
14872195       +HSN,   P.O. Box 530942,    Atlanta, GA 30353-0942
14881489       +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14910167       +PNC Bank, N.A.,    PO Box 94982,   Cleveland, OH 44101-4982
14872197        PNC Visa,   P.O. Box 3429,    Pittsburgh, PA 15230-3429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14910116       +E-mail/Text: kburkley@bernsteinlaw.com Sep 20 2019 02:32:19      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14872196        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2019 02:43:23      Lowes,   PO Box 530914,
                 Atlanta, GA 30353-0914
14894917       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 20 2019 02:31:43      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
14881488       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 20 2019 02:31:43      Midland Funding,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14881491        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2019 02:59:26
                 Portfolio Recovery Associates,   Riverside Commerce Center,
                 120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502-4962
14902701        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2019 02:44:21
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14873368       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2019 02:58:05
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14903381        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 20 2019 02:43:35        Verizon,
                 by American InfoSource as agent,    PO Box 248838,   Oklahoma City, OK   73124-8838
14872198        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2019 02:43:23      Walmart,   PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL ASSOCIATION
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14881484*       Amazon,   c/o Chase Bank,    PO Box 15148,   Wilmington, DE 19886-5148
14881486*      +HSN,   P.O. Box 530942,    Atlanta, GA 30353-0942
14881487*       Lowes,   PO Box 530914,    Atlanta, GA 30353-0914
14881490*       PNC Visa,   P.O. Box 3429,    Pittsburgh, PA 15230-3429
14881492*       Walmart,   PO Box 530927,    Atlanta, GA 30353-0927
                                                                                TOTALS: 1, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2            User: jhel                  Page 2 of 2              Date Rcvd: Sep 19, 2019
                                Form ID: 410                Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2019 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Lauren M. Lamb    on behalf of Debtor Ronald S. Miller julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                                             TOTAL: 5

Case 18-22605-CMB    Doc 61    Filed 09/21/19    Entered 09/22/19 00:32:56    Desc Imaged
Certificate of Notice    Page 4 of 4