IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ronald S. Miller, | ) | Case No. 18-22605 CMB |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. |
| | ) | |
| | ) | |
| Ronald S. Miller, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PNC Bank, and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 22, 2019, a true and correct copy of the *Order of Court dated September 19, 2019 along with the Amended Chapter 13 Plan dated October 30, 2019* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.


Date of Service: November 22, 2019         /s/ Lauren M. Lamb
                                            Lauren M. Lamb, Esquire
                                            Attorney for the Debtor

                                            STEIDL & STEINBERG
                                            Suite 2830, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            Llamb@steidl-steinberg.com
                                            PA I.D. No. 209201

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-22605-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Nov 22 15:39:44 EST 2019 | Amazon<br>c/o Chase Bank<br>PO Box 15148<br>Wilmington, DE 19886-5148 | Beaver County Tax Claim Bureau<br>Beaver County Courthouse<br>810 Third Street<br>Beaver, PA 15009-2100 |
| Beaver County Tax Claim Bureau<br>810 Third Street<br>Beaver, PA 15009-2139 | Beaver County Tax Claim Bureau<br>c/o Connie Javens, Treasurer<br>P. O. Box 250<br>Beaver, PA 15009-0250 | J. Philip Colavincenzo<br>255 College Avenue<br>Beaver, PA 15009-2752 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 | HSN<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 |
| Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | Lowes<br>PO Box 530914<br>Atlanta, GA 30353-0914 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| Midland Funding<br>2365 Northside Drive, Suite 300<br>San Diego, CA 92108-2709 | Ronald S. Miller<br>1016 Phillips Street<br>Baden, PA 15005-1020 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101-4982 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101-4982 | PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4747 |
| PNC Visa<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Walmart<br>PO Box 530927<br>Atlanta, GA 30353-0927 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates              (d)Portfolio Recovery Associates, LLC
Riverside Commerce Center                  POB 12914
120 Corporate Boulevard, Suite 100         Norfolk VA 23541
Norfolk, VA 23502-4962
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Duquesne Light Company                  (u)PNC BANK NATIONAL ASSOCIATION           (d)PNC Bank, N.A.
c/o Bernstein-Burkley, P.C.                                                           PO Box 94982
707 Grant St., Suite 2200, Gulf Tower                                                 Cleveland, OH 44101-4982
Pittsburgh, PA 15219-1945


(d)PRA Receivables Management, LLC         End of Label Matrix
PO Box 41021                               Mailable recipients    25
Norfolk, VA 23541-1021                     Bypassed recipients     4
                                           Total                  29
```