# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** RONALD S. MILLER
**Case Number:** 18-22605-CMB          **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 16, 2020  11:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#59 - Trustee's Certificate of Default to Dismiss
#63 Response by Debtor
#64 Amended Plan Dated 10/30/2019 (FC)
#65 Amended Resp by Debtor
R / M #:  59 / 0

### Appearances:

*K. Steidl*

Debtor:
Trustee: Winnecour / **(Pail)** / Katz / DeSimone

Creditor:
Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __3/26/20__ at __1:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
JAN 24 2020
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

1/13/2020  11:55:15AM