Form RSC2 (Reschedule Conciliation/COD)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronald S. Miller**
   Debtor(s)

Bankruptcy Case No.: 18–22605–CMB
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-22605-CMB
Ronald S. Miller                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: llea                  Page 1 of 2              Date Rcvd: Mar 20, 2020
                               Form ID: RSCcon             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db            +Ronald S. Miller,    1016 Phillips Street,    Baden, PA 15005-1020
cr            +Beaver County Tax Claim Bureau,    Beaver County Courthouse,    810 Third Street,
                Beaver, PA 15009-2100
cr            +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14890582      +Beaver County Tax Claim Bureau,    810 Third Street,    Beaver, PA 15009-2139
14881485      +Beaver County Tax Claim Bureau,    c/o Connie Javens, Treasurer,    P. O. Box 250,
                Beaver, PA 15009-0250
14881489      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14910167      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14872197       PNC Visa,    P.O. Box 3429,    Pittsburgh, PA 15230-3429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14910116      +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2020 04:26:06     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
14872195      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:17:07     HSN,    P.O. Box 530942,
                Atlanta, GA 30353-0942
14872194       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 21 2020 04:18:07      Amazon,
                c/o Chase Bank,    PO Box 15148,    Wilmington, DE 19886-5148
14872196       E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:17:07     Lowes,    PO Box 530914,
                Atlanta, GA 30353-0914
14894917      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2020 04:24:30     MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN MI 48090-2011
14881488      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2020 04:24:30     Midland Funding,
                2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14881491       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:17:33
                Portfolio Recovery Associates,    Riverside Commerce Center,
                120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502-4962
14902701       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:17:32
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14873368      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:18:28
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14903381       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2020 04:33:23      Verizon,
                by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14872198       E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:17:09     Walmart,    PO Box 530927,
                Atlanta, GA 30353-0927
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK NATIONAL ASSOCIATION
cr*           +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*           +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14881486*     +HSN,    P.O. Box 530942,    Atlanta, GA 30353-0942
14881484*    ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
               (address filed with court: Amazon,    c/o Chase Bank,    PO Box 15148,
                Wilmington, DE 19886-5148)
14881487*      Lowes,    PO Box 530914,    Atlanta, GA 30353-0914
14881490*      PNC Visa,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
14881492*      Walmart,    PO Box 530927,    Atlanta, GA 30353-0927
                                                                                   TOTALS: 1, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: llea                    Page 2 of 2                    Date Rcvd: Mar 20, 2020
                                  Form ID: RSCcon               Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              J. Philip Colavincenzo    on behalf of Creditor    Beaver County Tax Claim Bureau
               colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
              James    Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Debtor Ronald S. Miller
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 6
```