**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ronald S. Miller**
   Debtor(s)

Bankruptcy Case No.: 18–22605–CMB

Chapter: 13
Docket No.: 106 – 105
Concil. Conf.: November 18, 2021 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __30th__ day of __September__, __2021__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

      U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

      All parties listed on the attached mailing matrix.

Executed on __September 30, 2021__     __/s/ Lauren M. Lamb__
             (Date)                         (Signature)

__Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219__
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-22605-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Sep 30 14:25:26 EDT 2021 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Beaver County Tax Claim Bureau<br>Beaver County Courthouse<br>810 Third Street<br>Beaver, PA 15009-2100 |
| Beaver County Tax Claim Bureau<br>810 Third Street<br>Beaver, PA 15009-2139 | Beaver County Tax Claim Bureau<br>c/o Connie Javens, Treasurer<br>P. O. Box 250<br>Beaver, PA 15009-0250 | J. Philip Colavincenzo<br>255 College Avenue<br>Beaver, PA 15009-2752 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | HSN<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 |
| Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | Lowes<br>PO Box 530914<br>Atlanta, GA 30353-0914 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| Midland Funding<br>2365 Northside Drive, Suite 300<br>San Diego, CA 92108-2709 | Ronald S. Miller<br>1016 Phillips Street<br>Baden, PA 15005-1020 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PNC Visa<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Walmart<br>PO Box 530927<br>Atlanta, GA 30353-0927 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Amazon<br>c/o Chase Bank<br>PO Box 15148<br>Wilmington, DE 19886-5148 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | (d)PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 |
| (d)PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates<br>Riverside Commerce Center<br>120 Corporate Boulevard, Suite 100<br>Norfolk, VA 23502-4962 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)PNC BANK NATIONAL ASSOCIATION | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients     24
Bypassed recipients      3
Total                   27