# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:   Ronald S. Miller   )   Case No. 18-22605 CMB
         )
         )
         Debtor(s).   )   Related to Doc. No. 105
_____X

## AMENDED STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❏   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by: Debtor in order to provide funding for 1305 claim filed by Beaver County Tax Claim Bureau.

❏   a motion to lift stay
    as to creditor   _____

❏   Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

   Chapter 13 Plan dated _____

   ☒ Amended Chapter 13 Plan dated September 27, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from $934.00 to $1157.00

effective May 2022.                              .

❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏ Debtor(s) shall file and serve _____ on or before

_____.

❏ If any of the foregoing is not completed by the date specified, the case may be

dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏ If any of the foregoing is not completed by the date specified, the automatic stay

as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:

1. Claim 11 of Beaver County Tax Claim Bureau shall govern fully.

2. Attorneys fees have an increased an additional $1,000.00 with a total of $7,000.00 to be paid under the Chapter 13 Plan. Additional fees will be sought through a fee application to be filed and approved before any additional amount will be paid through the plan, and this plan contains sufficient funding to pay that additional amount, without diminishing the amounts required to be paid under this plan to holders of allowed unsecured claims.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein,

such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 17th day of May, 2022

Carlota M. Böhm dmr
Chief United States Bankruptcy Court Judge

Stipulated by:

/s/ Lauren M. Lamb
Counsel to Debtor

Stipulated by:

/s/ Owen Katz
Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

FILED
5/17/22 1:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                               Case No. 18-22605-CMB

Ronald S. Miller                                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                User: auto                                               Page 1 of 2

Date Rcvd: May 17, 2022                                     Form ID: pdf900                                    Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald S. Miller, 1016 Phillips Street, Baden, PA 15005-1020 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| 14890582 | + | Beaver County Tax Claim Bureau, 810 Third Street, Beaver, PA 15009-2139 |
| 14881485 | + | Beaver County Tax Claim Bureau, c/o Connie Javens, Treasurer, P. O. Box 250, Beaver, PA 15009-0250 |
| 14872197 | | PNC Visa, P.O. Box 3429, Pittsburgh, PA 15230-3429 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2022 23:50:00 | PNC BANK, PO BOX 94982, CLEVELAND, OH 44101 |
| 14910116 | + | Email/Text: kburkley@bernsteinlaw.com | May 17 2022 23:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14872195 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 00:00:25 | HSN, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14872194 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2022 23:48:36 | Amazon, c/o Chase Bank, PO Box 15148, Wilmington, DE 19886-5148 |
| 14872196 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 00:00:26 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 14894917 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2022 23:51:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14881488 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2022 23:51:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14881489 | | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2022 23:50:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14910167 | | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2022 23:50:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14881491 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2022 23:48:38 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502-4962 |
| 14902701 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2022 23:48:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14873368 | + | Email/PDF: rmscedi@recoverycorp.com | May 17 2022 23:48:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14903381 | | Email/PDF: ebn_ais@aisinfo.com | May 17 2022 23:48:26 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14872198 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 00:00:16 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14881486 | *+ | HSN, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14881484 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Amazon, c/o Chase Bank, PO Box 15148, Wilmington, DE 19886-5148 |
| 14881487 | * | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 14881490 | * | PNC Visa, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14881492 | * | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Ronald S. Miller julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6