IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO 18-22605-CMB |
| Ronald S. Miller,<br>    Debtor(s). | Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant(s), | |
| vs. | |
| Ronald S. Miller,<br>    Respondent(s). | |

### CONSENT ORDER OF COURT DISPOSING OF LUMP SUM PAYMENT(S) AND COMPLETING THE PLAN

WHEREAS, the Trustee has posted a lump sum payment of $35,600 on August 1, 2023 ("Lump Sum"), the source of which was insurance proceeds following a fire at Debtor's home;

WHEREAS, Trustee believes that with the present balance of plan payments, and adding the Lump Sum, the Trustee will have a sufficient balance on hand to complete the plan early at 100% to unsecured creditors, with a September, 2023, long term continuing debt takeover date; and

NOW THEREFORE, the Trustee and Debtor(s) agree as follows:

(1) The Lump Sum shall be added to plan payments, and the balance on hand shall be used, after Trustee fees, to complete the case by paying long-term continuing debt through August, 2023, approved counsel fees, post-petition tax claims, and a 100% distribution to unsecured creditors.

(2) Debtor shall resume long-term continuing debt in September, 2023.

(3) Notwithstanding the foregoing, Plan completion is subject to final audit. To the extent the balance on hand is insufficient to fund what is needed to complete the case at 100% the Debtor shall pay in the shortfall. To the extent of any

Page **1** of **2**

surplus, it shall be refunded.

So Ordered this _____ day of _____, 20_____.

_____
U. S. Bankruptcy Judge

Consented to:

/s/ James C. Warmbrodt
James C. Warmbrodt, Esquire
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Steidl & Steinberg
707 Grant St, 28th Floor
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
Attorney for Debtor(s)