IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO 18-22605-CMB |
| Ronald S. Miller,<br>  Debtor(s). | Chapter 13<br>Related to Doc. No. 154 |
| Ronda J. Winnecour, Chapter 13<br>Trustee,<br>  Movant(s), | |
| vs. | |
| Ronald S. Miller,<br>  Respondent(s). | |

### CONSENT ORDER OF COURT DISPOSING OF LUMP SUM PAYMENT(S) AND COMPLETING THE PLAN

WHEREAS, the Trustee has posted a lump sum payment of $35,600 on August 1, 2023 ("Lump Sum"), the source of which was insurance proceeds following a fire at Debtor's home;

WHEREAS, Trustee believes that with the present balance of plan payments, and adding the Lump Sum, the Trustee will have a sufficient balance on hand to complete the plan early at 100% to unsecured creditors, with a September, 2023, long term continuing debt takeover date; and

NOW THEREFORE, the Trustee and Debtor(s) agree as follows:

(1) The Lump Sum shall be added to plan payments, and the balance on hand shall be used, after Trustee fees, to complete the case by paying long-term continuing debt through August, 2023, approved counsel fees, post-petition tax claims, and a 100% distribution to unsecured creditors.

(2) Debtor shall resume long-term continuing debt in September, 2023.

(3) Notwithstanding the foregoing, Plan completion is subject to final audit. To the extent the balance on hand is insufficient to fund what is needed to complete the case at 100% the Debtor shall pay in the shortfall. To the extent of any

surplus, it shall be refunded.

So Ordered this __15th__ day of __August__, 20__23__.

_____
U. S. Bankruptcy Judge

**Consented to:**

/s/ James C. Warmbrodt
James C. Warmbrodt, Esquire
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Steidl & Steinberg
707 Grant St, 28th Floor
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
**Attorney for Debtor(s)**

FILED
8/15/23 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Page **2** of **2**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22605-CMB |
| Ronald S. Miller | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald S. Miller, 1016 Phillips Street, Baden, PA 15005-1020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 17, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren M. Lamb | on behalf of Debtor Ronald S. Miller julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 15, 2023 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 6