IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Ronald Miller | ) | Case No. 18-22605 CMB |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, JP Morgan Chase Bank, Beaver Co. Tax Claim | ) | |
| Bureau, Duquesne Light Co., HSN, Lowes, Midland | ) | |
| Funding, PNC Bank Retail Lending, PNC Visa, PRA | ) | |
| Receivables Management, PA Dept. of Revenue, | ) | |
| Portfolio Recovery Assoc., Verizon, Walmart | ) | |
|     Respondents | ) | |

**AMENDED NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF STEIDL & STEINBERG, P.C. FOR APPLICATION FOR FINAL COMPENSATION BY COUNSEL FOR DEBTOR**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **January 5, 2024,** *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at https://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A hearing will be held on **January 25, 2024 at 1:30 p.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is

required, it will be scheduled by the Court for a later date.

                                        Respectfully submitted,

December 21, 2023                /s/ Lauren M. Lamb
Date:                               Lauren M. Lamb, Esquire
                                     Attorney for the Debtor
                                     STEIDL & STEINBERG
                                     2830 Gulf Tower
                                     707 Grant Street
                                     Pittsburgh, PA  15219
                                     (412) 391-8000
                                     PA I. D. No. 209201
                                     llamb@steidl-steinberg.com