IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ronald S. Miller, | ) | Bankruptcy No. |
|     Debtor | ) | Chapter |
| | ) | Related to Document No(s). 161-162 |
| Ronald S. Miller, | ) | |
|     Movant | ) | Hearing Date and Time: |
| | ) | 1/25/2024 at 01:30 PM |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, JP Morgan Chase Bank, Beaver Co. Tax Claim Bureau, Duquesne Light Co., HSN, Lowes, Midland Funding, PNC Bank Retail Lending, PNC Visa, PRA Receivables Management, PA Dept. of Revenue, Portfolio Recovery Assoc., Verizon, Walmart, | ) ) ) ) ) ) ) ) | |
|     Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION BY COUNSEL FOR DEBTOR

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation by Counsel for Debtor filed on December 19, 2023 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation by Counsel for Debtor appears thereon.  Pursuant to the Notice of Hearing, objections for Application for Compensation by Counsel for Debtor were to be filed and served no later than January 5, 2024.

    It is hereby respectfully requested that the Order attached to the Application for Compensation by Counsel for Debtor be entered by the Court.

    Respectfully submitted,

<u>January 8, 2024</u>            /s/Lauren M. Lamb_____
Date:                         Lauren M. Lamb, Esquire
                                  Attorney for the Debtor
                                  STEIDL & STEINBERG
                                  2830 Gulf Tower
                                  707 Grant Street

Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  209201
llamb@steidl-steinberg.com